**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 01-1232 MJD/JGL**

| | |
|---|---|
| Ethelrene Paster,<br><br>Plaintiff,<br><br>vs.<br><br>OSI Educational Services, Inc.,<br><br>Defendant. | **STIPULATION TO EXTEND DISCOVERY DEADLINE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that:

1. The Discovery deadline shall be extended to August 31, 2002.

**ATTORNEY FOR PLAINTIFF**

By: ______________________
Peter F. Barry, Esq. #0266577
The Barry Law Office, Ltd.
342 East County Road D
St. Paul, MN 55117-1275
Telephone: 651 714-8800

Thomas J. Lyons, Jr. #24946
The Consumer Justice Center, PA
342 East County Road D
St. Paul, MN 55117-1275
Telephone: 651-770-9707

Dated: July 15, 2002

**ATTORNEYS FOR DEFENDANTS**

By: ______________________
Thomas H. Schaefer, Esq. #231587
Patrick D. Reilly, Esq. #90451
Erstad & Riemer, P.A
200 Riverview Office Tower
8009 – 34th Avenue South
Minneapolis, MN 55425
Telephone: 952-896-3700

Dated: 7/19/02

FILED 7-22-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Pursuant to the foregoing Stipulation, the deadline to file any Discovery documents is extended to August 31, 2002.

LET THE STIPULATION BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: July 22, 2002

Hon. Magistrate Judge Jonathan Lebedoff
United States District Court