UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV 01-1232 MJD/JGL

Ethelrene Paster,

Plaintiff,

vs.

**STIPULATION TO EXTEND DISCOVERY DEADLINE**

OSI Educational Services, Inc.,

Defendant.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective undersigned attorneys, that:

1. The discovery deadline shall be extended to September 30, 2002.

Dated: 8/15/2002

**THE BARRY LAW OFFICE, LTD.**

By ______________________
Peter F. Barry, Esq. (#0266577)
Attorney for Plaintiff
342 East County Road D
St. Paul, MN 55117
(651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas H. Lyons, Jr., Esq.
Attorney for Plaintiff
342 East County Road D
Little Canada, MN 55117
(651) 770-9707

FILED 8 19 02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ERSTAD & RIEMER, P.A.**

Dated: August 15, 2002

By: ______________________
Patrick D. Reilly, (#90451)
Thomas H. Schaefer, (#231587)
Attorneys for Defendant
200 Riverview Office Tower
8009 - 34th Avenue South
Minneapolis, MN 55425
(952) 896-3700

**ORDER**

Pursuant to the foregoing Stipulation, the deadline to file any discovery documents is extended to September 30, 2002.

LET THE STIPULATION BE ENTERED ACCORDINGLY.

Dated this ___ day of ________, 2002.

**BY THE COURT:**

______________________________
JONATHAN LEBEDOFF
UNITED STATES MAGISTRATE JUDGE