UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV 01-1232 MJD/JGL

Ethelrene Paster,

Plaintiff,

vs.

OSI Educational Services, Inc.,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE** AND ORDER

THE UNDERSIGNED ATTORNEYS hereby advise the Court that all claims in the above-entitled cause of action have been fully compromised and settled between Plaintiff Ethelrene Paster and Defendant OSI Educational Services, Inc. Therefore,

IT IS HEREBY STIPULATED by and between these parties hereto, through their respective undersigned attorneys, that the above lawsuit may be and hereby is dismissed on its merits and with prejudice.

IT IS FURTHER STIPULATED that without further notice, a judgment of dismissal with prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

Dated: Oct. 17, 2002

**THE BARRY LAW OFFICE, LTD.**

By ______________________________
Peter F. Barry, Esq. (#0266577)
Attorney for Plaintiff
342 East County Road D
St. Paul, MN 55117
(651) 714-8800

FILED OCT 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED OCT 24 2002
DEPUTY CLERK'S INITIALS ________

ERSTAD & RIEMER, P.A.

Dated: October 4, 2002

By: ______________________________

Patrick D. Reilly, #90451
Thomas H. Schaefer, #231587
Attorneys for Defendant
8009 - 34th Avenue South
200 Riverview Office Tower
Minneapolis, MN 55425
(952) 896-3700

**ORDER**

The foregoing Stipulation, having been presented to the Court on behalf of the above-parties,

IT IS HEREBY ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 26th day of October, 2002.

**BY THE COURT:**

Joan Ericksen Lancaster
United States District Court Judge